IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY R. RUDD, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-610-RAH |
| ALABAMA DEPARTMENT OF CORRECTIONS, Kilby C.F., | ) |
| Defendants. | ) |

**ORDER**

On April 16, 2021, the Magistrate Judge entered a Recommendation (Doc. 8) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE, this 19th day of May, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE